# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**GALIB MIRZA**                                                                                         **PLAINTIFF**

v.                                    Case No. 2:23-cv-00203 KGB

**SHELTER MUTUAL INSURANCE
COMPANY and DOES (1–10)**                                                                **DEFENDANTS**

## ORDER

    Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 58). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses with prejudice the action, with each party to bear its own costs, attorneys' fees, and expenses.

    It is so ordered this 12th day of February, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge